

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00628-CR

Ex Parte Jose **ANTONIO-SANTIAGO**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000720L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

Appellant's brief was due on November 17, 2022. However, appellant has filed a motion requesting an extension of time to file his brief. The motion is GRANTED. Appellant's brief is due on or before **January 2, 2022**.

Further requests for extensions of time will be disfavored.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court